JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO FERNANDEZ,, <br><br> Plaintiff, <br><br> v. <br><br> ADRINA CHAVEZ, in individual and representative capacity as Trustee of the Maria Bonita Living Trust dated June 30, 999; EPIFANIA CASTRO, <br><br> Defendants. | Case No. 2:22-cv-02448-AB-KS <br><br> **ORDER DISMISSING CIVIL ACTION** |

The Court has been advised that this action has been settled.

The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **60 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated: May 18, 2022

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1.